JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBURCIO MARTINEZ,<br><br>                    Petitioner,<br><br>        v.<br><br>M. GAMBOA,<br><br>                    Respondent. | Case No. 2:24-cv-10843-SRM-DTB<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-